# Case Summary

**Case Number:** MER L-001276-20

**Case Caption:** Locke, 254057B/Ciw-2 Edward  Vs Zolack Joe

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Mercer | **Case Initiation Date:** 07/13/2020 |
| **Case Type:** Personal Injury | **Case Status:** Active | **Jury Demand:** None |
| **Case Track:** 2 | **Judge:** Douglas H Hurd | **Team:** 50 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

## Plaintiffs
### Edward  Locke, 254057B/Ciw-2 AKA  254057B/Ciw-210

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** Michael Poreda |
| **Address Line 1:** 168 Frontage Road, P.O. Box 2300 | **Address Line 2:** | **Attorney Bar ID:** 025492010 |
| **City:** Newark          **State:** NJ | **Zip:** 07114 | **Phone:** |
| **Attorney Email:** POREDA@POREDALAW.COM | | |

## Defendants
### Amir  Shakir

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**          **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Joe  Zolack

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**          **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 07/13/2020 | Affidavit Of Indigency for MER-L-001276-20 submitted by EDWARD LOCKE, 254057B/CIW-210,  on behalf of EDWARD LOCKE, 254057B/CIW-2 against JOE ZOLACK, AMIR SHAKIR | LCV20201249149 | 07/20/2020 |
| 07/20/2020 | Order For Indigency - GRANTED by Judge HURD, DOUGLAS, H | LCV20201250160 | 07/20/2020 |
| 07/20/2020 | Complaint uploaded by Case Management Staff submitted by EDWARD LOCKE, 254057B/CIW-2 | LCV20201250402 | 07/20/2020 |
| 07/21/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201255878 | 07/21/2020 |
| 11/05/2020 | Summons uploaded by Case Management Staff submitted by EDWARD LOCKE, 254057B/CIW-2 | LCV20202004240 | 11/06/2020 |
| 11/28/2020 | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20202155021 | 11/28/2020 |
| 11/23/2020 | Substitute Attorney uploaded by Case Management Staff submitted by MICHAEL POREDA | LCV20202238846 | 12/09/2020 |
| 12/22/2020 | GENERAL CORRESPONDENCE submitted by POREDA, MICHAEL of WRONKO LOEWEN BENUCCI on behalf of EDWARD LOCKE, 254057B/CIW-2 against AMIR SHAKIR, JOE  ZOLACK | LCV20202332709 | 12/22/2020 |
| 01/14/2021 | CORRECTED: PROOF OF SERVICE submitted by POREDA, MICHAEL of WRONKO LOEWEN BENUCCI on behalf of EDWARD  LOCKE, 254057B/CIW-2 against JOE ZOLACK | LCV2021103793 | 01/14/2021 |
| 01/14/2021 | CORRECTION: re: [LCV2021103793] PROOF OF SERVICE submitted by POREDA, MICHAEL of WRONKO LOEWEN BENUCCI on behalf of EDWARD  LOCKE, 254057B/CIW-2 against JOE  ZOLACK Filing Type has been changed to SUMMONS by Case Management Staff | LCV2021104403 | 01/14/2021 |

July 10, 2020

RECEIVED

JUL 13 2020

SUPE......... OF NJ
MERCER VICIN. GL
CIVIL DIVISION

Edward Locke
254057B/CIW-210
168 Frontage Road
P.O. Box 2300
Newark, New Jersey 07114

Mercer Superior Court
Civil Division
P.O. Box 08650

Hello Deputy Clerk,

    Enclosed are three (3) copies of my complaint to be filed. May you send me a stamped filed copy with the docket number, to the forwarding address on the envelope, once received?

    Also, enclosed is a copy of the return receipt signed by Aureo Ortiz, showing that I had sent out on March 9, 2020, to be filed with the courthouse. But because of the pandemic, it brought about havoc, throughout the nations. I thank you for your time, support, and attention to this matter.


    *Kind regards,*

    *Edward Locke*



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPUTY CLERK-SUPERIOR CT,
LOCAL office Filing, Courthouse
175 S. BROAD STR, P.O. Box 8608
TRENTON, N.J. 08650

9590 9402 5431 9189 2391 63

2. Article Number (Transfer from service label)
7011 1150 0001 7089 3132

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   Aurea O.

MAR 1 5 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 5431 9189 2391 63

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

EDWARD LOCKE
254057B/CIW-210
168 FRONTAGE ROAD
P.O. BOX 2300
NEWARK, N.J. 07114

CIW-210

## Form A

**Plaintiff or Filing Attorney Information:**

Name  EDWARD LOCKE - 254057B

NJ Attorney ID Number _____

Address  168 FRONTAGE RD. P.O. BOX 2300
                NEWARK, NEW JERSEY 07114

Telephone Number _____

RECEIVED

JUL 13 2020

SUPERIOR COURT OF NJ
MERCER VICINAGE
CIVIL DIVISION

---

EDWARD LOCKE

                                    Plaintiff,

v.

JOE ZOLACK , AMIR SHAKIR

                                    Defendant(s).

Superior Court of New Jersey

LAW  Division  MERCER  County

CIVIL  Part

Docket No: _____
                (to be filled in by the court)

Civil Action

**Complaint**

---

Plaintiff,  EDWARD LOCKE                              , residing at
                (your name)

168 FRONTAGE RD. P.O. BOX 2300 ⬛                 , City of  NEWARK, NEW JERSEY 07114
(your address)                                                                  (your city or town)

County of  ESSEX                              .
                (your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On APR. 20                , 20 18 ,  JOE ZOLACK                              , Defendant
                                                        (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
JOE ZOLACK KICKED OPEN A DOOR AS I WAS ON THE OTHER SIDE ABOUT
TO ENTER. THIS WAS AT THE TMC EXIT DOOR WHICH ALLOW ONE IN
AND OUT OF THE BUILDING. AT AROUND 11:45 AM ON APRIL 20, 2018
THIS OCCURRED. THIS REQUIRES FORCE AS THIS DOOR IS HEAVY. WITH
MY REFLEX I BLOCKED THE DOOR WITH MY ARM.

The defendant in this action resides at TRENTON STATE PRISON, P.O. 861, TRENTO, N.J.
                                                                (defendant's address)

In the County of  MERCER                              , State of New Jersey.
                        (name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

---

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

page 6 of 7

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. I SEEK COMPENSATORY DAMAGES, I LOST A PIECE OF MY BONE, AND TWO WEEKS OF WORK PAY. THERE WAS PAIN AND SUFFERING OF THE FRACTURE BONE PIERCING MY FLESH UPON ANY MOVEMENT.

2. I SEEK PUNITIVE DAMAGES, JOE ZOLACK ACTIONS WERE RECKLESS OR CALLOUS INDIFFERENCE. THERE'S A WINDOW IN THE DOOR, WHICH GIVE CLEARANCE TO SEE I WAS ON THE OTHER SIDE, HE KICKED OPEN THE DOOR, KNOWING THE DOOR COULD HURT ME.

3. HERE I SEEK PUNITIVE AND COMPENSATORY DAMAGES, ORTHOPEDIC AMIR SHAKIR ILLEGALLY DENIED MEDICAL TREATMENT. HE WAS AWARE OF MY INJURY, HE EXAMINED AND DETERMINED THE FRACTURE AND FLUID. HOWEVER, HE DID NOT PERFORM SURGERY UNTIL FILED GRIEVANCES.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: _Mar. 9, 2020_      Signature: _Edward Locke_

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: _Mar 9, 2020_      Signature: _Edward Locke_

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: _Mar 9, 2020_      Signature: _Edward Locke_

**NOTICE:** This is a public document. Do not enter personal identifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehicle plate number or active financial account or credit card number. This document as submitted will be available to the public upon request.

Name EDWARD LOCKE - 254057B
Address 168 FRONTAGE RD. P.O. BOX 2300
NEWARK, NEW JERSEY 07114

Telephone Number _____
Email Address _____

| | |
|---|---|
| SUPERIOR | Court of New Jersey |
| MERCER | County (if applicable) |

Docket Number: _____

EDWARD LOCKE _____ ,

_____
**Plaintiff(s)/Appellant(s),**

JOE ZOLACK , AMIR SHAKIR
v.

_____
**Defendant(s)/Respondent(s).**

**Certification/Petition/Application in
Support of a Fee Waiver**

I/We, EDWARD LOCKE _____ , am/are the
(☒ plaintiff(s)/ ☒ appellant(s)/ ☐ defendant(s)/ ☐ respondent(s)) in the above-captioned matter and
I/we make this certification in support of my/our request for a filing fee waiver pursuant to *Rule* 1:13-2
or *Rule* 2:7-1.

1. I/We am requesting this relief because I/we do not have sufficient funds or assets with which to pay
the filing fees associated with this action.

2. I/We, ☒ am/ ☐ am not/ ☐ are/ ☐ are not  an inmate in State prison or County Jail.*

---

***Attachments necessary:** If you are a state prison or county jail inmate, you must attach a
certified copy of your prisoner's fund account statement from the appropriate correctional
institution for the six months immediately preceding the date of this application. If you are
requesting a waiver of the partial filing fee requirement set forth in *N.J.S.A.* 30:4-16.3, you
must attach an affidavit of special circumstances.*

---

3. I have been determined to be eligible for one or more of the following: (Check applicable boxes)

   ☐ Public Assistance (please provide your most recent award statement as proof of eligibility);
   ☐ Social Security Disability (please provide your most recent award statement as proof of
   eligibility)

4. Below is an accurate and full disclosure of my financial situation. I financially support _____
dependents (not including myself). (A dependent is an individual who is a child or relative who
resides in the home and relies you for more than half of his/her support for any given calendar year)

   **Attachments necessary:**
   **Provide two months of documentation for the following:**
   - Welfare, Public Assistance, Unemployment, Disability, Social Security, Child
     Support/Alimony, other income.

   **Provide six months of bank statements for the following:**
   - All bank accounts.

5.  I/we  ☐ am/  ☒ am not/  ☐ are/  ☐ are not   claimed as a dependent on someone else's tax return

| Employer's Name, Address and Telephone Number: | | | |
|---|---|---|---|

| Complete the Following Information: | | | |
|---|---|---|---|
| Net Monthly Income | $ 27.30 | House(s)/Land Market Value | $ — |
| Spousal/Cohabitant Contribution | $ — | Value of All Motor Vehicles | $ — |
| Unemployment/Disability | $ — | Cash | $ — |
| Social Security | $ — | Current Balance Checking Accts. | $ — |
| Veterans Administration | $ — | Current Balance Savings Accts. | $ — |
| Pension | $ — | Civil Judgment Awards/Pending | $ — |
| Public Subsidies | $ — | Current Value of Stocks/Bonds | $ — |
| Child Support/Alimony | $ — | Face Value of CDs/IRAs/401Ks | $ — |
| Housing Subsidies | $ — | Money Market Accounts | $ — |
| Trust Fund Income | $ — | Retrievable Bail Amt. & Location | $ |
| Income from Rental Properties | $ — | | — |
| | | Other Assets | $ — |
| Total Monthly Income | $ 27.30 0.00 | Total Assets | $ 0 0.00 |

6.  I/We understand that I/we am/are under a continuing obligation to notify the court of a change in my financial situation

## Certification

I/We certify that the foregoing statements made by me/us are true.  I/We am/are aware that if any of the foregoing statements made by me/us are willfully false, I/we am/are subject to punishment.

I/We further certify that in accordance with Court *Rule* 1:38-7(b) all confidential personal identifiers have been redacted and that subsequent papers submitted to the court will not contain confidential personal identifiers.

Mar-9, 2020
_____
Date

EDWARD LOCKE
Print your name(s)

*Edward Locke*
_____
Signature(s)

NOTICE: This is a public document. Do not enter personal identifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehicle plate number or active financial account or credit card number. This document as submitted will be available to the public upon request.

Name  EDWARD LOCKE - 254057B

Address  168 FRONTAGE RD. P.O.BOX
         2300 NEWARK, N.J. 07114

Telephone Number _____

Email Address _____

EDWARD LOCKE _____ ,

_____
              Plaintiff(s)/Appellant(s),

v.

JOE ZOLACK , AMIR SHAKIR _____

_____ ,
              Defendant(s)/Respondent(s).

SUPERIOR   Court of New Jersey

MERCER   County (if applicable)

Docket Number: _____

**Order Waiving Filing Fees**

This matter having been brought before the court on application of  EDWARD LOCKE _____ ,
(☒ plaintiff(s)/ ☐ appellant(s)/ ☐ defendant(s)/ ☐ respondent(s)) for an **Order** waiving filing fees pursuant to *Rule* 1:13-2 or *Rule* 2:7-1, and the Court having considered the moving party's financial information, the matter and for good cause appearing:

**(Do not write below this line, For Court Use Only)** _____

It is on this _____ day of _____, 20___, **ORDERED** that the application for a fee waiver is

☐ **Granted**   ☐ **Denied**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1.
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK. ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| EDWARD LOCKE | | MERCER |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| | |
| | JURY DEMAND ☒ Yes ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| JOE ZOLACK | EDWARD LOCKE v. JOE ZOLACK, AMIR SHAKIR, ET. AL |

| CASE TYPE NUMBER (See reverse side for listing) 605 | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES  ☒ NO |
|---|---|
| | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ Yes ☒ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☒ Yes  ☐ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)  ☐ NONE  ☒ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes ☒ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ Yes ☐ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ Yes ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ Yes ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

page 1 of 2

July 10, 2020

RECEIVED

JUL 13 2020

SUPE_____ __ NJ
MERCER VICI__ GL
CIVIL DIVISION

Edward Locke
254057B/CIW-210
168 Frontage Road
P.O. Box 2300
Newark, New Jersey 07114

Mercer Superior Court
Civil Division
P.O. Box 08650

Hello Deputy Clerk,

    Enclosed are three (3) copies of my complaint to be filed. May you send me a stamped filed copy with the docket number, to the forwarding address on the envelope, once received?

    Also, enclosed is a copy of the return receipt signed by Aureo Ortiz, showing that I had sent out on March 9, 2020, to be filed with the courthouse. But because of the pandemic, it brought about havoc, throughout the nations. I thank you for your time, support, and attention to this matter.

Kind regards,

Edward Locke



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
DEPUTY CLERK-SUPERIOR CT,
Local office Filing, Courthouse
175 S. BROAD STR, P.O. Box 8068
TRENTON, N.J. 08650

9590 9402 5431 9189 2391 63

2. Article Number (Transfer from service label)
7011 1150 0001 7089 3132

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Auree Q.

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 15 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 5431 9189 2391 63

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

EDWARD LOCKE
254057B/CIW-210
168 FRONTAGE ROAD
P.O. BOX 2300
NEWARK, N.J. 07114

CIW-210

## Form A

**Plaintiff or Filing Attorney Information:**

Name EDWARD LOCKE - 254057B

NJ Attorney ID Number _____

Address 168 FRONTAGE RD. P.O. BOX 2300

NEWARK, NEW JERSEY 07114

Telephone Number _____

RECEIVED

JUL 13 2020

SUPERIOR COURT OF NJ
MERCER VICINAGE
CIVIL DIVISION

---

EDWARD LOCKE ,
                        Plaintiff,

v.

JOE ZOLACK , AMIR SHAKIR

                        Defendant(s).

Superior Court of New Jersey

LAW Division MERCER County

CIVIL Part

Docket No: _____
               (to be filled in by the court)

Civil Action

**Complaint**

---

Plaintiff, EDWARD LOCKE , residing at
                    (your name)

168 FRONTAGE RD. P.O. BOX 2300 , City of NEWARK, NEW JERSEY 07114
(your address)                                      (your city or town)

County of ESSEX .
              (your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On APR. 20 , 20 18 , JOE ZOLACK , Defendant
                                    (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
JOE ZOLACK KICKED OPEN A DOOR AS I WAS ON THE OTHER SIDE ABOUT
TO ENTER. THIS WAS AT THE TMC EXIT DOOR WHICH ALLOW ONE IN
AND OUT OF THE BUILDING. AT AROUND 11:45 AM ON APRIL 20, 2018
THIS OCCURRED. THIS REQUIRES FORCE AS THIS DOOR IS HEAVY. WITH
MY REFLEX I BLOCKED THE DOOR WITH MY ARM.

The defendant in this action resides at TRENTON STATE PRISON, P.O. 861, TRENTO, N.J,
                                         (defendant's address)

In the County of MERCER , State of New Jersey.
                    (name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

# Form A

3. The harm that occurred as a result of defendant's acts include:  (list each item of damage and injury)

   1. I SEEK COMPENSATORY DAMAGES, I LOST A PIECE OF MY BONE, AND TWO WEEKS OF WORK PAY. THERE WAS PAIN AND SUFFERING OF THE FRACTURE BONE PIERCING MY FLESH UPON ANY MOVE-MENT.

   2. I SEEK PUNITIVE DAMAGES, JOE ZOLACK ACTIONS WERE RECK-LESS OR CALLOUS INDIFFERENCE. THERE'S A WINDOW IN THE DOOR, WHICH GIVE CLEARANCE TO SEE I WAS ON THE OTHER SIDE, HE KICKED OPEN THE DOOR, KNOWING THE DOOR COULD HURT ME.

   3. HERE I SEEK PUNITIVE AND COMPENSATORY DAMAGES, ORTHOPEDIC AMIR SHAKIR ILLEGALLY DENIED MEDICAL TREATMENT. HE WAS AWARE OF MY INJURY, HE EXAMINED AND DETERMINED THE FRACTURE AND FLUID. HOWEVER, HE DID NOT PERFORM SURGERY UNTIL FILED GRIE-VANCES.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: Mar. 9, 2020        Signature: Edward Locke

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief.  Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated.  Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit.  In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: Mar 9, 2020        Signature: Edward Locke

**OPTIONAL:  If you would like to have a judge decide your case, do not include the following paragraph in your complaint.  If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: Mar 9, 2020        Signature: Edward Locke

**NOTICE:** This is a public document. Do not enter personal identifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehicle plate number or active financial account or credit card number. This document as submitted will be available to the public upon request.

Name EDWARD LOCKE - 254057B

Address 16B FRONTAGE RD, P.O. BOX 2300
NEWARK, NEW JERSEY 07114

Telephone Number _____

Email Address _____

| | |
|---|---|
| SUPERIOR | Court of New Jersey |
| MERCER | County (if applicable) |
| Docket Number: | _____ |

EDWARD LOCKE _____,

_____
Plaintiff(s)/Appellant(s),

**Certification/Petition/Application in
Support of a Fee Waiver**

v.
JOE ZOLACK , AMIR SHAKIR

_____
Defendant(s)/Respondent(s).

I/We, EDWARD LOCKE _____, am/are the
(☒ plaintiff(s)/ ☒ appellant(s)/ ☐ defendant(s)/ ☐ respondent(s)) in the above-captioned matter and I/we make this certification in support of my/our request for a filing fee waiver pursuant to *Rule* 1:13-2 or *Rule* 2:7-1.

1. I/We am requesting this relief because I/we do not have sufficient funds or assets with which to pay the filing fees associated with this action.

2. I/We, ☒ am/ ☐ am not/ ☐ are/ ☐ are not   an inmate in State prison or County Jail.*

---

***Attachments necessary: If you are a state prison or county jail inmate, you must attach a certified copy of your prisoner's fund account statement from the appropriate correctional institution for the six months immediately preceding the date of this application. If you are requesting a waiver of the partial filing fee requirement set forth in *N.J.S.A.* 30:4-16.3, you must attach an affidavit of special circumstances.**

---

3. I have been determined to be eligible for one or more of the following: (Check applicable boxes)

   ☐ Public Assistance (please provide your most recent award statement as proof of eligibility);
   ☐ Social Security Disability (please provide your most recent award statement as proof of eligibility)

4. Below is an accurate and full disclosure of my financial situation. I financially support _____ dependents (not including myself). (A dependent is an individual who is a child or relative who resides in the home and relies you for more than half of his/her support for any given calendar year)

   **Attachments necessary:**
   **Provide two months of documentation for the following:**
   • Welfare, Public Assistance, Unemployment, Disability, Social Security, Child Support/Alimony, other income.

   **Provide six months of bank statements for the following:**
   • All bank accounts.

---

Revised: 03/26/2018, CN 11208                                               page 5 of 8

5.  I/we  ☐ am/ ☒ am not/ ☐ are/ ☐ are not   claimed as a dependent on someone else's tax return

Employer's Name, Address and Telephone Number:

**Complete the Following Information:**

| | | | |
|---|---|---|---|
| Net Monthly Income | $ 27.30 | House(s)/Land Market Value | $ — |
| Spousal/Cohabitant Contribution | $ — | Value of All Motor Vehicles | $ — |
| Unemployment/Disability | $ — | Cash | $ — |
| Social Security | $ — | Current Balance Checking Accts. | $ — |
| Veterans Administration | $ — | Current Balance Savings Accts. | $ — |
| Pension | $ — | Civil Judgment Awards/Pending | $ — |
| Public Subsidies | $ — | Current Value of Stocks/Bonds | $ — |
| Child Support/Alimony | $ — | Face Value of CDs/IRAs/401Ks | $ — |
| Housing Subsidies | $ — | Money Market Accounts | $ — |
| Trust Fund Income | $ — | Retrievable Bail Amt. & Location | $ — |
| Income from Rental Properties | $ — | | |
| | | Other Assets | $ — |
| **Total Monthly Income** | $ 27.30 0.00 | **Total Assets** | $ 0 0.00 |

6.  I/We understand that I/we am/are under a continuing obligation to notify the court of a change in my financial situation

## Certification

I/We certify that the foregoing statements made by me/us are true.  I/We am/are aware that if any of the foregoing statements made by me/us are willfully false, I/we am/are subject to punishment.

I/We further certify that in accordance with Court *Rule* 1:38-7(b) all confidential personal identifiers have been redacted and that subsequent papers submitted to the court will not contain confidential personal identifiers.

Mar-9, 2020
Date

EDWARD LOCKE
Print your name(s)

*Edward Locke*
Signature(s)

NOTICE: This is a public document. Do not enter personal identifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehicle plate number or active financial account or credit card number. This document as submitted will be available to the public upon request.

Name  EDWARD LOCKE-254059B

Address  168 FRONTAGE RD. P.O.BOX
2300 NEWARK, N.J. 07114

Telephone Number _____

Email Address _____

SUPERIOR  Court of New Jersey

MERCER  County (if applicable)

EDWARD LOCKE,

Plaintiff(s)/Appellant(s),

Docket Number: _____

v.

JOE ZOLACK, AMIR SHAKIR

Defendant(s)/Respondent(s).

**Order Waiving Filing Fees**

This matter having been brought before the court on application of  EDWARD LOCKE _____,
(☒ plaintiff(s)/ ☐ appellant(s)/ ☐ defendant(s)/ ☐ respondent(s)) for an **Order** waiving filing fees pursuant to *Rule* 1:13-2 or *Rule* 2:7-1, and the Court having considered the moving party's financial information, the matter and for good cause appearing:

**(Do not write below this line, For Court Use Only)** _____

It is on this _____ day of _____, 20____, **ORDERED** that the application for a fee waiver is

☐ **Granted**  ☐ **Denied**

_____

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1.
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed



| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK. ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| EDWARD LOCKE | | MERCER |
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available) |
| OFFICE ADDRESS | | DOCUMENT TYPE |
| | | JURY DEMAND ☒ Yes ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| JOE ZOLACK | EDWARD LOCKE v. JOE ZOLACK, AMIR SHAKIR, ET AL |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| 605 | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ Yes ☒ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☒ Yes ☐ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes ☒ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ Yes ☐ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

page 1 of 2

**PREPARED BY THE COURT**

|  |  |
|---|---|
| Edward Locke, 254057B/CIW-210, | :      SUPERIOR COURT OF NEW JERSEY |
| | : |
| Plaintiff, | :         MERCER COUNTY |
| | : |
| | :     Docket No. Mercer – L-1276-20 |
| vs. | : |
| Joe Zolack and Amir Shakir, | :          Civil Action |
| | : |
| Defendants | :     **ORDER FOR WAIVER OF FEES** |
| | : |
| | : |
| | : |

      **THIS MATTER** being opened to the Court by **Edward Lock, 254057B/CIW-210,** is seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17,

**IT IS** on this **20th** day of _____**July**_____ 2020, **ORDERED that the application is:**

_____**X**_____  **GRANTED:** All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint.  If applicant is awarded more than $2000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court.

_____  **DENIED:**

      _____  Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2500 in liquid assets;

      _____  Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

      _____  Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

      _____  The court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

      **IT IS FURTHER ORDERED** that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order. This order expires one year after the final disposition of the case/judgment. If filed on appeal, the provisions of Rule 2:7-4 shall apply. Once the fee waiver has expired, the litigant is required to file another request for any further waiver of fees in this matter.

                                   **/s/ Douglas H. Hurd**
                                   DOUGLAS H. HURD, P.J. CV.

# WLB
## WRONKO LOEWEN BENUCCI
—— *Attorneys at Law* ——

| | | |
|---|---|---|
| JAMES R. WRONKO<br>JAMES V. LOEWEN<br>MARCO M. BENUCCI | website: www.newjerseylawyer.org<br>main email: WLB@newjerseylawyer.org | 69 GROVE STREET<br>SOMERVILLE, NJ 08876<br>TEL: (908) 704-9200<br>FAX: (908) 704-9291 |
| KEVIN P. HEWITT, JR.●<br>MICHAEL POREDA ♦ | | 1130 U.S 202, SUITE A/7<br>RARITAN, NJ 08869<br>TEL: (908) 393-6445<br>FAX: (908 393-6447 |
| ● Member of  MI Bar<br>♦ Member of  NY Bar | | |
| OF COUNSEL<br>GILBERT G. MILLER | | **Please reply to Somerville** |

December 22, 2020

Mercer County Sheriff's Office
Civil Process Unit
Mercer County Court House
175 South Broad Street
Trenton, NJ 08650

**Re: <u>Edward Locke v. Joseph Wszolek</u>**
    **Docket No. MER-L-1276-20**

Dear Sheriff:

Enclosed are 2 summons and the Complaint in this case to be served on Defendant Joseph Wszolek.   I am also enclosing the court's order granting the Plaintiff's petition to waive fees.

It is my understanding that Plaintiff Edward Locke previously sent you materials for service and that your office attempted to serve Joseph Wszolek at New Jersey State Prison but were told that he did not work there, as your office filed an affidavit stating that Wszolek was not known at New Jersey State Prison.   That was not true; public records state that Mr. Wszolek works at New Jersey State Prison, and I have spoken with two Department of Corrections administrators who have confirmed that Mr. Wszolek did, and still does, work at New Jersey State Prison.

To avoid future confusion, New Jersey State Prison asks that you contact its Litigation Coordinator, Fathom Borg, to schedule delivery of the summons.   Ms. Borg can be contacted at (609) 292-9700 ext. 4606.   New Jersey State Prison's address is 600 Cass Street, Trenton, NJ 08608.

The court has placed an order on the docket requiring that an affidavit of service be filed by January 26, 2021.   If there is going to be a delay, or if there are any other problems with service, please contact me.

Cc: Fathom Borg (via U.S. Mail)
    Judge Douglas Herd (via E-courts)


             Sincerely,


             MICHAEL POREDA

MERCER COUNTY COURTHOUSE
CIVIL CASE MANAGMENT OFFICE
175 SOUTH BROAD ST P O BOX 8068
TRENTON          NJ 08650-0068

                           DISMISSAL NOTICE

TELEPHONE - (609) 571-4200 EXT. 74432,NANCY NOCELLA      TEAM 050
COURT HOURS:  8:30 AM - 4:30 PM

               DATE: NOVEMBER 27, 2020
               RE: LOCKE, 254057B/CIW-2 EDWARD  VS ZOLACK JOE
           DOCKET: MER L -001276 20
           PARTY:   A SHAKIR          J ZOLACK


        PLEASE TAKE NOTICE THAT ON JANUARY 26, 2021   (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


    HON DOUGLAS H. HURD                        EDWARD LOCKE,
254057B/CIW-2
                                              168 FRONTAGE ROAD, P.O.
BOX 2300
_____
         JUDGE                                NEWARK          NJ 07114

**PREPARED BY THE COURT**

| | | |
|---|---|---|
| Edward Locke, 254057B/CIW-210, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | |
| Plaintiff, | : | MERCER COUNTY |
| | : | |
| | : | Docket No. Mercer – L-1276-20 |
| vs. | : | |
| Joe Zolack and Amir Shakir, | : | Civil Action |
| | : | |
| Defendants | : | **ORDER FOR WAIVER OF FEES** |
| | : | |
| | : | |
| | : | |

   **THIS MATTER** being opened to the Court by **Edward Lock, 254057B/CIW-210,** is seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17,

**IT IS** on this **20th** day of _____**July**_____ 2020, **ORDERED that the application is:**

___**X**___ **GRANTED:** All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint.  If applicant is awarded more than $2000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court.

_____ **DENIED:**

   _____ Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2500 in liquid assets;

   _____ Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

   _____ Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

   _____ The court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

   **IT IS FURTHER ORDERED** that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order. This order expires one year after the final disposition of the case/judgment. If filed on appeal, the provisions of Rule 2:7-4 shall apply. Once the fee waiver has expired, the litigant is required to file another request for any further waiver of fees in this matter.

                                                  **/s/ Douglas H. Hurd**
                                                  _____
                                                  DOUGLAS H. HURD, P.J. CV.

# OFFICE of the Mercer County Sheriff
## Sheriff's Return of Service



JOHN A. KEMLER
SHERIFF



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-7666/6369
FAX: (609) 278-8041

21000037

UNDERSHERIFFS
PEDRO MEDINA
JASON SALVATORE
ROBERT JAMES

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
CHRISTOPHER KENYON

CHIEF WARRANT OFFICER
BRIAN D. AMANTIA

PLAINTIFF        EDWARD LOCKE            COUNTY:     MERCER

DEFENDANT        JOSEPH WSZOLEK          DOCKET #    L-1276-20

I SERVED THE FOLLOWING PAPERS: **SUMMONS & COMPLAINT, CASE INFORMATION STATEMENT** ON
THE WITHIN-NAMED DEFENDANT IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | SERVED | NOT SERVED DATE/TIME | DATE | TIME | ADDRESS | SERVICE INFO |
|---|---|---|---|---|---|---|
| JOSEPH WSZOLEK IMPROPERLY PLEAD AS "JOE ZOLACK" | C | | 1-7-21 | 1145 hrs | TRENTON STATE PRISON 600 CASS STREET TRENTON, NJ 08608 | Fathom Borg litigation coordinator |

STATE OF NEW JERSEY
COUNTY OF MERCER
I, JOHN A. KEMLER, SHERIFF
of said County do hereby
deputize and appoint

*Sean Naderkowski*

to be my deputy, to execute and
return the writ according to law.

Witness my hand and seal this

_7_ day of _January_

A.D. 2021.

\*        Type of Service
A        Personal Service
B        Household member over the age of 14 years,
         at usual place of abode
(C)      Served person authorized to accept
         service/Managing agent
D        Unable to locate, unknown at address given
E        Address Out of County
F        Avoiding service, made many attempts
G        Affixed
H        Certified Mail
I        Other

*JOHN A. KEMLER*
Sheriff (L.S.)

JOHN A. KEMLER, SHERIFF, by

*Sean Naderkowski*
Special Deputy

Sheriff's Fee   $24.75

## SUMMONS

Attorney(s) Wronko Loewwen Benucci _____
Office Address 69 Grove Street_____
_ Town, State, Zip Code Somerville, NJ 08876

Telephone Number 908-704-9200 _____
Attorney(s) for Plaintiff ___Michael Poreda_____

Edward Locke
_____
Plaintiff(s)

vs.

Joseph Wszolek
_____

_____
Defendant(s)

**Superior Court of
New Jersey**

Mercer_____ County

Law_____ Division

Docket No: MER-L-1276-20 _____

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*M Poreda*   Bar No: 025492010
_____
for the Clerk of the Superior Court

DATED:  December 22, 2020

Name of Defendant to Be Served:  Joseph Wszolek, improperly plead as "Joe Zolack"

Address of Defendant to Be Served:  Trenton State Prison, 600 Cass Street, Trenton, NJ 08608

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

Edward Locke
SBI 254057B
Northern State Prison
PO Box 2300
Newark, NJ 07114

Edward Locke,

                    **Plaintiff,**

vs.

Joe Zolack et al,

                    **Defendants.**

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION – CIVIL PART**

**MERCER COUNTY**

Docket No. MER-L-1276-20

**<u>Civil Action</u>**

**SUBSTITUTION OF ATTORNEY**



**PLEASE TAKE NOTICE** that *pro se* Plaintiff hereby appoints the following attorney as counsel of record:

Michael Poreda, Esq. (Bar ID 025492010)
Wronko Loewen Benucci
69 Grove Street
Somerville, NJ 08876
Phone: 908-704-9200
Fax: 908-704-9291
Email: poreda@poredalaw.com

*Edward Locke*

Edward Locke

Date: Sept 15, 2020

I, Michael Poreda, hereby agree to represent Plaintiff, Edward Locke

Date: 9-18-20

Michael Poreda

# Office of the Mercer County Sheriff
## Sheriff's Return of Service

 

**20001982**

**UNDERSHERIFFS**
PEDRO MEDINA
JASON SALVATORE
ROBERT JAMES

**ASSISTANT TO THE SHERIFF**
CATHLEEN G. GARTON

**CHIEF SHERIFF'S OFFICER**
CHRISTOPHER KENYON

**CHIEF WARRANT OFFICER**
BRIAN D. AMANTIA

**JOHN A. KEMLER**
**SHERIFF**

MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-7666/6369
FAX: (609) 278-8041

| PLAINTIFF | EDWARD LOCKE | COUNTY: | MERCER |
| DEFENDANT | JOSEPH WSZOLEK | DOCKET # | L-1276-20 |

I SERVED THE FOLLOWING PAPERS: **SUMMONS & COMPLAINT, CASE INFORMATION STATEMENT** ON THE WITHIN-NAMED DEFENDANT IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | SERVED | NOT SERVED DATE/TIME | DATE | T I M E | ADDRESS | SERVICE INFO |
|---|---|---|---|---|---|---|
| JOSEPH WSZOLEK IMPROPERLY PLEAD AS "JOE ZOLACK" | | D + I 8/27/20 1110 hrs | | | TRENTON STATE PRISON 600 CASS STREET TRENTON, NJ 08608 | |

STATE OF NEW JERSEY
COUNTY OF MERCER
I, JOHN A. KEMLER, SHERIFF
of said County do hereby
deputize and appoint

*Sean Napierkowski*

to be my deputy, to execute and
return the writ according to law.

Witness my hand and seal this

__19__ day of __August__.

A.D. 2020.

|  | Type of Service |
|---|---|
| A | Personal Service |
| B | Household member over the age of 14 years, at usual place of abode |
| C | Served person authorized to accept service/Managing agent |
| D | Unable to locate, unknown at address given |
| E | Address Out of County |
| F | Avoiding service, made many attempts |
| G | Affixed |
| H | Certified Mail |
| I | Other |

Admin states no record of Joseph Wszolek at this location

JOHN A. KEMLER, SHERIFF, by

*Sean Napierkowski*
Special Deputy

**JOHN A. KEMLER**
Sheriff (L.S.)

Sheriff's Fee  $0.00

**SUMMONS**

Attorney(s)  Edward Locke, SBI 254057B

Office Address  PO Box 2300

Town, State, Zip Code  Newark, NJ 07114

Telephone Number

Attorney(s) for Plaintiff

Edward Locke

Plaintiff(s)

vs.

Joseph Wszolek

Defendant(s)

**Superior Court of
New Jersey**

Mercer            County

Law            Division

Docket No: MER-L-1276-20

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

Michael Pneda, Esq. for the Clerk of Court

Clerk of the Superior Court

DATED:  08/07/2020

Name of Defendant to Be Served:  Joseph Wszolek, improperly plead as "Joe Zolack"

Address of Defendant to Be Served:  Trenton State Prison, 600 Cass Street, Trenton, NJ 08608

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

MERCER COUNTY COURTHOUSE
CIVIL CASE MANAGMENT OFFICE
175 SOUTH BROAD ST P O BOX 8068
TRENTON        NJ 08650-0068
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (609) 571-4200
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:   JULY 20, 2020
                          RE:     LOCKE, 254057B/CIW-2 EDWARD   VS ZOLACK JOE
                          DOCKET: MER L -001276 20


     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.


     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.


     THE PRETRIAL JUDGE ASSIGNED IS:  HON WILLIAM X. ANKLOWITZ


      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      020
AT:  (609) 571-4200 EXT 74454.


      IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
      PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                              EDWARD LOCKE, 254057B/CIW-2
                              168 FRONTAGE ROAD, P.O. BOX 2300
                              NEWARK          NJ 07114



JUWHER1